[833 NE2d 1196, 800 NYS2d 521]

In the Matter of RICHARD GUERTIN.

Decided April 28, 2005

848

On the Court's own motion, it is determined that the suspension of Honorable Richard Guertin from his office of Judge of the Middletown City Court, Orange County, imposed by order of this Court dated September 14, 2004, is hereby terminated.

Concur: Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH.